# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re Application of<br><br>BCC TRADE CREDIT PTY LTD.<br><br>                Petitioner,<br><br>for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding | 7:23mc00005-TTC |

### PETITIONER BCC TRADE CREDIT PTY LTD'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Petitioner BCC Trade Credit Pty Ltd. ("BCC") certifies the following:

BCC Trade Credit Pty Ltd, an Australian proprietary company limited by shares, is 99.99% owned by Bond and Credit Company Pty Ltd, an Australian proprietary company limited by shares, and 0.01% owned by Tokio Marine Management (Australasia) Pty Ltd. Bond and Credit Company Pty Ltd is wholly-owned by Tokio Marine Management (Australasia) Pty Ltd, an Australian proprietary company limited by shares, which is wholly-owned by Tokio Marine & Nichido Fire Insurance Co., Limited, a Japanese private stock company, which is wholly-owned by Tokio Marine Holdings, Inc., a Japanese public stock company.

No publicly-held corporation owns 10% or more of BCC.

Filed: February 1, 2023

BCC Trade Credit Pty Ltd.
By Counsel

 */s/ Nat P. Calamis*  
Nat P. Calamis, VSB 90390
Carr Maloney P.C.
2000 Pennsylvania Avenue, NW, Suite 8001
Washington, D.C.  20006
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)
Nat.Calamis@carrmaloney.com